RECEIVED
IN ALEXANDRIA, LA.
FEB 12 2010
TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CHRISTOPHER WADE HARP<br>    FED. REG. NO. 83044-180<br>VS.<br><br>MARINA MEDINA, WARDEN | CIVIL ACTION NO. 09-1770<br><br>SECTION P<br><br>JUDGE DRELL<br><br>MAGISTRATE JUDGE KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE** since petitioner has not shown that he is in custody in violation of the Constitution, laws or treaties of the United States of America.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ____11____ day of February, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE